AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

District of __Massachusetts__  2004 JUN 14  P 3: 31

| The Gillette Company | U.S. DISTRICT COURT |
|---|---|
| V. | 04  SUMMONS IN A CIVIL CASE |
| Reckitt Benckiser, Inc. | 11222 MLW |

CASE NUMBER:

TO: (Name and address of Defendant)
Reckitt Benckiser, Inc.
c/o CT Corporation
101 Federal Street
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JUN 7 2004
DATE

(By) DEPUTY CLERK