UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,    )<br>                                        )<br>        Plaintiff,        )<br>                                        )<br>    and               )<br>                                        )<br>RECKITT BENCKISER, INC.,   )<br>                                        )<br>        Defendant.     )<br>                                        ) | C. A. No. 04-11222 MLW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal the undersigned counsel for defendant hereby certifies that Reckitt Benckiser, Inc. is an indirect wholly owned subsidiary of Reckitt Benckiser PLC, which is a publicly held corporation.

                                                     RECKITT BENCKISER, INC.,
                                                     Defendant

                                                     By its attorneys,

                                                   /s/ Daniel J. Kelly
                                                   Daniel J. Kelly, BBO # 553926
                                                   dkelly@ghlaw.com
                                                   Gadsby Hannah LLP
                                                   225 Franklin Street
                                                   Boston, MA  02110
Dated:  June 18, 2004                      (617) 345-7000

## CERTIFICATE OF SERVICE

    I, Daniel J. Kelly, hereby certify that on this day a true copy of the Corporate Disclosure Statement was served upon counsel of record for each party electronically.

Dated: June 18, 2004                                                  /s/ Daniel J. Kelly
                                                                             Daniel J. Kelly

B0369142v1