UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, | 2004 JUN 29 P: 3: 52 |
| Plaintiff, | 04 Civ. 11222 (MLW) |
| v. | U.S. DISTRICT COURT DISTRICT OF MASS. |
| RECKITT BENCKISER, INC., | : |
| Defendant. | : |

### DEFENDANT RECKITT BENCKISER INC.'S MOTION FOR LEAVE TO FILE REPLY TO GILLETTE'S OPPOSITION TO MOTION TO TRANSFER

Defendant Reckitt Benckiser Inc. ("Reckitt") hereby moves for leave to file the attached Reply to The Gillette Company's ("Gillette") Opposition to Defendant's Motion to Transfer. See Reply Brief, attached hereto as Exhibit 1. As reasons therefore, Reckitt states as follows:

1. there is a prior declaratory judgment action pending in the United States District Court for the Southern District of New York, before the Honorable Barbara Jones, in which the parties and transactions and occurrences at issue are identical to those in this action;

2. on June 10, 2004, Reckitt moved to transfer the Massachusetts action (which was filed three days after the New York action) to the United States District Court for the Southern District of New York;

3. in its Opposition to the Motion to Transfer, filed on June 24, 2004, Gillette contended that "the Court should defer any ruling on the motion at this time" because "Gillette has filed a motion to dismiss or stay the New York case in favor of the action in this Court, and under the law of both this District and the Southern

District of New York, this Court must defer to the New York court's decision on the proper venue for the resolution of the parties' dispute." Opposition of The Gillette Company to Defendant Reckitt Benckiser Inc.'s Motion to Transfer, at 1;

4. Reckitt agrees with Gillette that the District of Massachusetts authorities hold that the Southern District of New York should determine the proper forum for this dispute, and accordingly joins in respectfully urging that this Court put Reckitt's transfer motion on hold and defer to the New York court's decision; and

5. Gillette has assented to this motion (for leave to file the Reply Brief).

For these reasons, and those more fully articulated in the points and authorities set forth in the attached Reply Brief, Reckitt respectfully requests that the Court allow its motion for leave to file the Reply Brief attached hereto as Exhibit 1.

Respectfully submitted,

_____
Daniel J. Kelly, BBO #553926
Eric Neyman, BBO #564803
Gadsby Hannah LLP
Tel: (617) 345-7000
Fax: (617) 345-7050
E-mail: dkelly@ghlaw.com

Attorneys for Defendant
RECKITT BENCKISER INC.

SATTERLEE STEPHENS BURKE & BURKE
James Rittinger
Mark A. Fowler
Mark Lerner
(Of Counsel)
230 Park Avenue
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606
E-mail: mlerner@ssbb.com

DATED: June 29, 2004

2

## CERTIFICATION PURSUANT TO LR 7.1

I hereby certify that counsel has conferred in good faith with counsel for defendant, The Gillette Company, and have attempted in good faith to resolve or narrow the issue.

_____
Eric Neyman

## CERTIFICATE OF SERVICE

I, Eric Neyman, certify that I caused a copy of the foregoing document, to be served on June 29, 2004, by facsimile and first-class mail, upon all counsel of record.

_____

B0371051v1