UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE GILETTE COMPANY,

    Plaintiff,

04 Civ. 11222 (MLW)

v.

RECKITT BENCKISER, INC.,

    Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Eric Neyman, Esq. of Gadsby Hannah LLP, as counsel for Reckitt Benckiser Inc. in the above-captioned matter.

Respectfully submitted,

Daniel J. Kelly, BBO #553926
Eric Neyman, BBO #564803
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
Tel: (617) 345-7000
Fax: (617) 345-7050
E-mail: eneyman@ghlaw.com

DATED: June 28, 2004

## CERTIFICATE OF SERVICE

I, Eric Neyman, certify that I caused a copy of the foregoing document, to be served on June 28, 2004, by facsimile and by first-class mail upon all counsel of record.

563515_4
B0351143v1