UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04 Civ. 11222 (MLW)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF DAVID MENICHETTI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, and in good standing as a member of the Bar of the District of Columbia, of the Bar of the State of Georgia, and of the Bar of the United States District Court for the Middle District of Georgia. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

*/s/ David Menichetti*
David Menichetti
ROPES & GRAY LLP
700 12th Street, N.W., Ste. 900
Washington, DC 20005
(202)508-4600

Dated: August 17, 2004