UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RECKITT BENCKISER, INC.,<br><br>　　　　Defendant. | Civil Action No. 04 Civ. 11222 (MLW) |

**CERTIFICATION OF PETER M. BRODY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, of the Bar of the State of Maryland and of the following federal courts: District of Columbia, Maryland, and Colorado. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

_____
Peter M. Brody
ROPES & GRAY LLP
700 12th Street, N.W., Ste. 900
Washington, DC 20005
(202)508-4600

Dated: September __/__, 2004

7191800_1