## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>RECKITT BENCKISER, INC., )<br><br>Defendant. ) | Civil Action No. 04 Civ. 11222 (MLW) |

### STIPULATION

Plaintiff The Gillette Company ("Gillette") and Defendant Reckitt Benckiser, Inc. ("Reckitt") hereby stipulate as follows:

WHEREAS, Reckitt has filed a Motion to Transfer this action to the United States District Court for the Southern District of New York, and Reckitt's Motion is still pending as of the date of this stipulation; and

WHEREAS, Gillette has filed a Motion to Dismiss or Stay a parallel action filed by Reckitt in the United States District Court for the Southern District of New York in favor of this action, and Gillette's Motion is still pending as of the date of this stipulation; and

WHEREAS, both the Federal Rules of Civil Procedure and the applicable local rules in each jurisdiction may impose certain requirements on the parties relating to discovery and pretrial matters, including, without limitation, preparing for and attending scheduling conferences, developing a discovery plan, making mandatory initial disclosures, and other related requirements, many of which may require the parties' counsel to make appearances and conduct case-related activities in both jurisdictions:

Gillette and Reckitt hereby agree and stipulate that any activities undertaken by either party individually, or by the parties collectively, to comply with applicable federal and local rules regarding scheduling conferences, discovery, and other pretrial matters are without prejudice to the parties' pending motions and shall not in any way be deemed a waiver of either party's position regarding the pending motions. Gillette and Reckitt further agree and stipulate that any such activities undertaken by the parties shall not be asserted by either party as additional evidence in support of granting or denying either of the pending motions.

Entered into, this 8th day of September, 2004,

/s/ Levina Wong _____
William L. Patton (BBO No. 391640)
Levina Wong (BBO No. 64510)
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624
(617) 951-7000

Of counsel:
James M. Spears
Peter M. Brody
David M. Menichetti
ROPES & GRAY LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4600

*Attorneys for Plaintiff The Gillette Company*

/s/ Eric Neyman
Daniel J. Kelly (BBO No. 553926)
Eric Neyman (BBO No. 564803)
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Of Counsel:

James F. Rittinger
Mark A. Fowler
Mark Lerner
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, New York  10169
(212) 818-9200

*Attorneys for Defendant Reckitt Benckiser, Inc.*