UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RECKITT BENCKISER, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04 Civ. 11222 (MLW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and (c) and Local Rule 68.2, plaintiff The Gillette Company and defendant Reckitt Benckiser, Inc., by and through their undersigned attorneys, hereby stipulate to the dismissal, *with prejudice*, of all claims and counterclaims in the above-captioned action, with each party to bear its own costs and fees (including attorneys fees), and all rights of appeal are waived by all parties.

**[SIGNATURES ON FOLLOWING PAGE]**

-2-

Entered into, this 28th day of October, 2004,

    __/s/_____
William L. Patton (BBO No. 391640)
Levina Wong (BBO No. 54510)
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624
(617) 951-7000

Of counsel:
James M. Spears
Peter M. Brody
David M. Menichetti
ROPES & GRAY LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC  20005-3948
(202) 508-4600

*Attorneys for Plaintiff The Gillette Company*

    __/s/_____
Daniel J. Kelly (BBO No. 553926)
Eric Neyman (BBO No. 564803)
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Of Counsel:

James F. Rittinger
Mark A. Fowler
Mark Lerner
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, New York  10169
(212) 818-9200

*Attorneys for Defendant Reckitt Benckiser, Inc.*