

**ROPES & GRAY LLP**

ONE METRO CENTER  700 12TH STREET, NW  SUITE 900  WASHINGTON, DC 20005-3948  202-508-4600  F 202-508-4650

BOSTON  NEW YORK  SAN FRANCISCO  WASHINGTON, DC

October 28, 2004

David M. Menichetti
(202) 508-4613
dmenichetti@ropesgray.com

**VIA FACSIMILE**

The Honorable Mark L. Wolf
United States District Judge
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re: *The Gillette Company v. Reckitt Benckiser, Inc.*, Civil Action No. 04-11222-MLW

Dear Judge Wolf:

We represent plaintiff The Gillette Company in the above-referenced matter. Counsel for defendant Reckitt Benckiser, Inc. has reviewed and approved this letter.

The parties are pleased to advise the Court that they have reached a settlement in this dispute. We anticipate filing a stipulation of dismissal later this afternoon. As there is currently a motion pending before the Court in this matter, and the Court has recently issued an order setting a scheduling conference for December 9, 2004, we wanted to advise Your Honor promptly of this development.

Sincerely yours,

David M. Menichetti

DQM:bw

cc:  Daniel J. Kelly, Esq.
     Mark A. Fowler, Esq.

7194513_1